IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH A. McLENDON, #205 439, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-1050-MHT |
| | ) | WO |
| COMM. RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
|     Defendants. | | |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on October 4, 2007 (Doc. #25), that this case be dismissed without prejudice for Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

After a review of the recommendation, to which Plaintiff did not object, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of October, 2007.

                                               /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE