IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH A. McLENDON, #205 439, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-1050-MHT |
| | ) | WO |
| COMM. RICHARD ALLEN, *et al.,* | ) | |
| | ) | |
| Defendants. | | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and, orders of the court, it is

ORDERED AND ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. #25) is ADOPTED and this action is DISMISSED without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of October, 2007.

                                       /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE